**STATE OF MONTANA,**
**Plaintiff,**                        **CAUSE No. DC-02-41**
**vs.**                                  **Nunc Pro Tunc Order**
**ERNEST GEORGE GALLAGHER,**   **to Correct Cause Number**
**Defendant,**

The Cause Number on the May 5, 2006 Decision of the Sentence Review Division and on the June 8, 2006 Amended Judgment and Commitment was incorrectly listed as DC-04-144.

**NOW, THEREFORE, IT IS ORDERED** that the Cause Number on the May 5, 2006 Decision of the Sentence Review Division and on the June 8, 2006 Amended Judgment and Commitment, are hereby amended to reflect the actual Cause Number of **DC-02-41**.

DATED this 14th day of June, 2006.

Chairperson, Hon. John W. Whelan